UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEIDRE A. ZIOLKOWSKI, | ) |
| | ) |
| Plaintiff, | ) Case: 1:24-cv-10760 |
| | ) |
| v. | ) HON. JUDGE JOHN F. KNESS |
| | ) |
| ADVOCATE HEALTH AND HOSPITALS CORP., | ) MAG. JUDGE M. DAVID WEISMAN |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION TO DISMISS WITH PREJUDICE

It is hereby stipulated between Deidre Ziolkowski ("Plaintiff") and Advocate Health and Hospitals Corp. ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this action is dismissed with prejudice. Each party shall bear its own attorney's fees and costs.

Dated this 6th day of August, 2025.

AGREED TO BY:

/s/ *Chad W. Eisenback*
Chad W. Eisenback, Esq.
Nathan C. Volheim, Esq.
Sulaiman Law Group, LTD.
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
Phone: (630) 575 - 8181
ceisenback@sulaimanlaw.com
nvolheim@sulaimanlaw.com
*Attorneys for Plaintiff*

/s/ *Heather A. Bailey* (With Consent)
Heather A. Bailey, Esq.
John Hayes, Esq.
Amundsen Davis, LLC
150 N. Michigan Ave., Ste. 3300
Chicago, IL 60601
Phone: (312) 894-3266
hbailey@amundsendavislaw.com
jhayes@amundsendavislaw.com
*Attorneys for Defendant*